MICHAEL L. ARMITAGE, Esq., CA Bar No. 152740
mgurien@waterskraus.com
MICHAEL B. GURIEN, Esq., CA Bar No. 180538
mgurien@waterskraus.com
DIMITRI NICHOLS, Esq., CA Bar No. 242098
dnichols@waterskraus.com
CHARLES S. SIEGEL, *Pro Hac Vice*
siegel@waterskraus.com
WATERS, KRAUS & PAUL
222 N. Sepulveda Boulevard, Suite 1900
El Segundo, California 90245
Tel: (310) 414-8146
Fax: (310) 414-8156

Attorneys for Plaintiffs

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARION CHERRY and CHARLOTTE CHERRY,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>　　　　　　Defendants. | Case NO. 2:12-CV-01745-R (AJWx)<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO REMAND ACTION TO STATE COURT**<br><br>Date:　　　June 18, 2012<br>Time:　　　10:00 a.m.<br>Courtroom:　8<br>Judge:　　　Hon. Manuel L. Real<br><br>Pretrial Dates:　January 7, 2013<br>Trial Date:　　February 19, 2013 |

　　Having considered all papers submitted in connection with the motion to remand this action to state court filed by Plaintiffs Marion Cherry and Charlotte Cherry, the Court, pursuant to 28 *United States Code* § 1447(c), hereby GRANTS the motion and orders this entire action REMANDED forthwith to the Superior Court of the State of California for the County of Los Angeles, Central District, the court in which it was

-1-

ORDER GRANTING PLAINTIFFS' MOTION TO REMAND ACTION TO STATE COURT

1  originally filed and from which it was removed.

2

3       IT IS SO ORDERED.

4

5  Dated: _June 21, 2012_            _____

6                                            MANUEL L. REAL
                                           UNITED STATES DISTRICT JUDGE

-2-

ORDER GRANTING PLAINTIFFS' MOTION TO REMAND ACTION TO STATE COURT

# CERTIFICATE OF SERVICE

*Marion Cherry, et al. v. Air & Liquid Systems Corporation, et al.*
U.S. District Court, Central District, Case No.: 2:12-CV-01745-R (AJWx)

I, YVETTE T. TOKO, declare as follows:

I am over eighteen years of age and not a party to the within action; my business address is 222 North Sepulveda Boulevard, Suite 1900, El Segundo, California. I am employed in Los Angeles County, California.

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of the foregoing documents via the Central District of California CM/ECF system on June ____, 2012.

I further certify that I caused the recipients listed below that are not registered CM/ECF users to be mail served the foregoing documents on June ____, 2012, by placing a true and correct copy in a sealed envelope in the U.S. Mail and addressed as indicated below:

**SEE ATTACHED SERVICE LIST**

☒   (Federal)  I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at El Segundo, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this affidavit.

Executed on June ____, 2012, at El Segundo, California.

/S/ - Yvette T. Toko

_____
YVETTE T. TOKO